UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NIGEL BROWN,                              1:06-cv-01032-AWI-LJO-P

          Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                              **RECOMMENDATION, AND DISMISSING**
vs.                           **ACTION, WITHOUT PREJUDICE, FOR**
                              **FAILURE TO OBEY A COURT ORDER**
CALIFORNIA CORRECTIONAL
INSTITUTION ICC 4-A, et al.,      (Docs. 4 and 5)

          Defendants.
_____/

     Plaintiff Nigel Brown ("plaintiff"), a state prisoner
proceeding pro se, has filed this civil rights action seeking
relief under 42 U.S.C. § 1983.  The matter was referred to a
United States Magistrate Judge pursuant to 28 U.S.C. §
636(b)(1)(B) and Local Rule 72-302.

     On November 2, 2006, the Magistrate Judge filed a Findings
and Recommendation herein which was served on plaintiff and which
contained notice to plaintiff that any objection to the Findings
and Recommendation was to be filed within thirty days.  To date,
plaintiff has not filed objections to the Magistrate Judge's

1

1  Findings and Recommendation.

2       In accordance with the provisions of 28 U.S.C. §

3  636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de

4  novo review of this case.  Having carefully reviewed the entire

5  file, the Court finds the Findings and Recommendation to be

6  supported by the record and by proper analysis.

7       Accordingly, IT IS HEREBY ORDERED that:

8       1.   The Findings and Recommendation, filed November 2,

9  2006, is ADOPTED IN FULL; and,

10      2.   This action is DISMISSED, without prejudice, based on

11 plaintiff's failure to obey the court's order of September 12,

12 2006.

13

14 IT IS SO ORDERED.

15 **Dated:    January 11, 2007            /s/ Anthony W. Ishii**
   0m8i78                                UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2